UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY LEE ALLEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARREN MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. 2:19-cv-07840-GW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition, the supporting Memorandum, and supporting records filed by Petitioner (Dkt. 1 to 1-15), Respondent's Answer to the Petition and supporting records (Dkt. 28; Dkt. 29 to 29-27), Petitioner's Reply (Dkt. 34), the Report and Recommendation of the United States Magistrate Judge (Dkt. 36), and the objections to the Report and Recommendation filed by Petitioner (Dkt. 39). Having engaged in a <u>de novo</u> review of those portions of the R&R to which objections have been made, the Court concurs with and accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: January 25, 2021

_____
GEORGE H. WU
United States District Judge