JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY LEE ALLEN<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARREN MONTGOMERY,<br>Warden,<br><br>　　　　Respondent. | Case No. 2:19-cv-07840-GW (JDE)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: January 25, 2021

_____
GEORGE H. WU
United States District Judge